ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 26 2017

at 11 o'clock and 35 min. a M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGIS. #17- 01125 KJM |
| | ) |
| Plaintiff, | ) CRIMINAL COMPLAINT |
| | ) |
| VS. | ) |
| | ) |
| Justin Kaanoi WILCOX | ) |
| A.K.A. Alii KAANOI | ) |
| Defendant. | ) |
| | ) |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Beginning at a date unknown, but not later than October, 2015 and continuing up to and including June 17, 2016 in the District of Hawaii and elsewhere, the defendant above-named did knowingly and intentionally conspire with others, known and unknown, to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of 21 U.S.C. 846, 841(a)(1), and 841(b)(1)(A).

I further state that I am a DEA Special Agent and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is attached hereto and incorporated herein by reference.

Sworn to before me and
subscribed in my presence,
this 26th day of September,
2017, at Honolulu, Hawaii.

William DiTuro
COMPLAINANT

KENNETH J. MANSFIELD
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

William DiTuro, after being duly sworn, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and am currently assigned to the DEA Enforcement Group, in Honolulu, HI.

2. On or about June 15, 2016, a cooperating defendant, hereto after CD-1, was arrested. After being arrested, verbally advised of their constitutional rights, and agreeing to waive those rights CD-1 gave the following information:

   a) CD-1 was distributor of cocaine and methamphetamine.
   b) WILCOX was the source of supply for both the methamphetamine and the cocaine.
   c) Although not initially, CD-1 was now using an intermediary to purchase the methamphetamine and cocaine from WILCOX.
   d) All of CD-1's methamphetamine and cocaine was being stored in a safe at a FRIEND's HOUSE.

3. A Federal Search Warrant was applied for a granted for the FRIEND's HOUSE which resulted in the seizure of approximately 3 pounds of cocaine and four (4) pounds of methamphetamine.

4. On or about June 15, 2016, a different cooperating defendant, hereto after CD-2, was arrested in possession of approximately ten (10) pounds of methamphetamine. After being arrested, verbally advised of their constitutional rights, and agreeing to waive those rights CD-2 gave the following information:

   a) The source of supply for the methamphetamine is Alii KAANOI.
   b) CD-2 has shared access of a storage unit with WILCOX and has stored drug proceeds and methamphetamine in the storage unit that belong to WILCOX.
   c) WILCOX sends money and receives methamphetamine from a coconspirator in Las Vegas, Nevada.
   d) WILCOX had five (5) pounds of methamphetamine still stored in the storage unit.

5. Hawaii criminal database describes Justin WILCOX using the name Justin KAANOI and Justin Kaanoi Alii WILCOX.

6. A search of the storage unit confirmed that it contained approximately five (5) pounds of methamphetamine.

7. On or about July 17, 2016, one of the cooperating defendants met with WILCOX under the direction of and witnessed by this affiant. During the meeting WILCOX confirmed that the five pounds of methamphetamine from the storage unit belonged to him.

8. An IRS financial investigation of WILCOX and WILCOX's business revealed over $234,000 in unexplained income for tax years 2015-2016.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, September 26, 2017

WILLIAM DITURO

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendants above-named committed the charged crime found to exist by the undersigned Judicial Officer at 11:29 a.m. on September 26, 2017.

Subscribed and Sworn Before Me,
this 26th Day of September 2017.

KENNETH J. MANSFIELD
United States Magistrate Judge

3