IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN K. WILCOX,<br><br>Defendant. | Case No. 17-cr-00555-DKW-1<br><br>**ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA** |

On March 23, 2021, Defendant Justin K. Wilcox filed a motion to withdraw his guilty plea pursuant to Rules 7 and 11(d)(2)(B) of the Federal Rules of Criminal Procedure.   Dkt. No. 533.   Attached to that motion is a declaration by Wilcox wherein he makes several claims against his former attorney, Thomas A. Otake.   Dkt. No. 533-2.   In the declaration and motion, Wilcox alleges that Mr. Otake:   (1) failed to properly communicate with him; (2) misled Wilcox into pleading guilty and cooperating; (3) misrepresented the drug quantity for which Wilcox would be held responsible; and (4) "grossly mischaracterized" the outcome of the case and the sentence Wilcox would receive.   *Id.*   In short, Wilcox claims he did not receive effective assistance of counsel in deciding to cooperate with the Government and enter a guilty plea.

The Government requested the Court find that Wilcox, in so arguing, has effectively waived the attorney-client privilege as to certain communications

between himself and Mr. Otake.   Dkt. No. 539.   The Court allowed Wilcox an

opportunity to respond to the Government's request.   Dkt. No. 540.   No response

has been filed in the time allotted or thereafter.

The Court finds that by advancing ineffective assistance of counsel claims

and submitting attorney-client communications related thereto, Wilcox has waived

the attorney-client privilege as to all attorney-client communications between Mr.

Otake and Wilcox reasonably related to those claims.   *See Bittaker v. Woodford*,

331 F.3d 715, 716 (9th Cir. 2003), *cert. denied*, 540 U.S. 1013 (2003). Accordingly,

the Government may inquire into communications between Wilcox and Mr. Otake

related to Wilcox's ineffective assistance of counsel claims and Mr. Otake may

provide to the Government such communications and/or other information related

to those claims.

IT IS SO ORDERED.

DATED:   April 8, 2021 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge

---

*United States v. Justin K. Wilcox*, Criminal No. 17-00555-01-DKW, **ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA.**

2